

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00054-CV

IN THE INTEREST OF C.P., A CHILD

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2014-511,902, Honorable William R. Eichman II, Presiding

May 12, 2016

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On May 6, 2016, appellant, Maia Chpak, filed a motion to dismiss her appeal. No decision of this Court having been delivered to date and without passing on the merits of the appeal, we grant the motion and dismiss appellant's appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellant's motion does not address costs, costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which he would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice